RECEIVED
SEP - 6 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DAVIN J. WALTON REG. #1287459 | : | CIVIL ACTION NO. 2:16-cv-1466 SECTION P |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| TONY MANCUSO ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the lack of objections and determining that the findings contained in the Report and Recommendation are correct under applicable law,

**IT IS ORDERED** that petitioner's civil rights complaint be and hereby is **DENIED**, and that the above captioned matter be and hereby is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with the provisions of 28 U.S.C. § § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order by regular mail, facsimile transmission, or e-mail to: (1) the District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, 75702, Attention: Keeper of the Three Strikes List.

THUS DONE AND SIGNED in Alexandria, Louisiana on this 6th day of September, 2017.

---
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE